# Court of Appeals
# of the State of Georgia

ATLANTA, August 03, 2016

*The Court of Appeals hereby passes the following order*

**A16D0455. IN THE INTEREST OF: C. P., A CHILD (MOTHER) .**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

151293



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, August 03, 2016.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*